# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

BRITNEY KAY HAYS,

    Petitioner,

v.

**ORDER ADOPTING REPORT AND RECOMMENDATION**
Civil File No. 25-2499 (MJD/JFD)

L.S. DAVIS,

    Respondent.

Britney Kay Hays, pro se.

Ana H. Voss and Lucas B. Draisey, Assistant United States Attorneys, Counsel for Defendant.

    The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge John F. Docherty dated July 2, 2025. No objections have been filed to the Report and Recommendation.

    Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). Based upon that review, the

Court adopts the Report and Recommendation of United States Magistrate Judge John F. Docherty dated July 2, 2025.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge John F. Docherty dated July 2, 2025 **(Doc. 5)**;

2. Petitioner's Petition for Writ of Habeas Corpus **(Doc. 1)** is **DENIED**; and

3. This matter is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  August 11, 2025                           s/Michael J. Davis
                                                                         Michael J. Davis
                                                                         United States District Court